UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Gary Quincy Whigham, <br><br> Plaintiff, <br><br> v. <br><br> Social Security, Commissioner of <br><br> Defendant. | Case No. 25-10211 <br> Honorable Elizabeth A. Stafford |

## JUDGMENT

In accordance with the Opinion and Order entered on March 11, 2026, it is hereby **ORDERED** and **ADJUDGED** that (1) Plaintiff's Motion for Summary Judgment is **GRANTED**; (2) Defendant's Motion for Summary Judgment is **DENIED**; and (3) the ALJ's decision is **REMANDED** under sentence four of 42 U.S.C. § 405(g).

       **IT IS SO ORDERED**.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Caitlin Shrum
DEPUTY COURT CLERK

APPROVED:

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge